BERNARD R. SHIELDS et al., Respondents, *v.* RAYMOND
M. NORTON et al., Appellants.

*Shields* v. *Norton*, 175 App. Div. 965, appeal dismissed.
(Submitted January 15, 1917; decided January 23, 1917.)

MOTION to dismiss an appeal from a judgment of
the Appellate Division of the Supreme Court in the
fourth judicial department, entered November 18, 1916,
affirming a judgment in favor of plaintiffs entered
upon a verdict in an action to recover upon an
undertaking.

The motion was made upon the grounds that the
affirmance by the Appellate Division was unanimous;
that the exceptions were frivolous and the appeal taken
solely for purpose of delay.

*Charles R. Bradbury* for motion.

*Herbert C. Sholes* opposed.

Motion granted and appeal dismissed, with costs, and
ten dollars costs of motion.